# UNITED STATES DISTRICT COURT

| **Eastern** | District of | **California** |
| --- | --- | --- |

KRISTINA RAE DEAN,

                    Plaintiff

            V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
                    Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER:  1:10-at-00208

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
        copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
        All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this _____24th_____ day of _____March_____ , _____2010_____ .

                                        /s/ Gary S. Austin
                                        _____
                                        Signature of Judicial Officer

                                         Gary S. Austin, U.S. Magistrate Judge
                                        _____
                                        Name and Title of Judicial Officer