1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTINA RAE DEAN**<br>**xxx-xx-1676**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. 1:10-CV-00523 SMS<br><br>**SECOND STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to filed her motion for summary judgment is extended from December 29, 2010, to January 12, 2011. Plaintiff's counsel requires additional time due to the holidays and her impacted briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: December 29, 2010 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: December 29, 2010 | Benjamin B. Wagner<br>United States Attorney |
| | /s/ Shea Lita Bond<br>SHEA LITA BOND |
| | Special Assistant U.S. Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

**Dated:   January 5, 2011**                    **/s/ Sandra M. Snyder**
                                                               UNITED STATES MAGISTRATE JUDGE